Matthew John Matagrano
04-A-5883
Wende Correctional Facility
3040 Wende Rd. P.O. Box 1187
Alden, N.Y. 14004-1187

December 12, 2005

Re: <u>Matagrano</u> v. <u>Miles</u>, et. al.;
 05 cv 1459



SIRS:

PLEASE BE ADVISED THAT EFFECTIVE DECEMBER 12, 2005, the plaintiff's new address is as stated above. A copy of this letter is being forwarded to the:

    Hon. Elliot Spitzer
    Attorney General
    Department of Law
    The Capitol
    Albany, N.Y. 12226

on behalf of all named defendants. Please have the civil docket sheet in the above-refrenced action reflect the change.

                      Respectfully Submitted,

                      Matthew John Matagrano