

Matthew J. Matagrano
C# 183762
Central N.Y. Psychiatric Center
P.O. Box 300
Marcy, N.Y. 13403-0300
(315) 736-8172

February 28, 2006

Lawrence K. Baerman
Clerk
United States District Court
Northern District of New York
James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, N.Y. 13261-7367

Re: <u>Matagrano v. Miks</u> et al
9:05-CV-1459 (DNH/RFT)

Sir:

I am writing to inform you of my change of address from Wende Correctional Facility to the above psychiatric hospital. Also to inform you that the fifth defendant (John Doe) based upon information and belief has been indentified as:

Anthony Devito
Associate Director - Quality Management
Central New York Psychiatric Center

\# 2

Can you please have the civil docket sheet reflect the above updated information. Thank you.

Respectfully Yours,

Matthew John Matagrano
Plaintiff Pro-se.