Matthew John Matagrano
04-A-5883
Wende Correctional Facility
3040 Wende Rd. P.O. Box 1187
Alden, N.Y. 14004-1187

4/20/06

Clerk
U.S.D.C. N.D.N.Y.
Federal Building
Syracuse, N.Y. 13



Re: <u>Matagrano</u> v. <u>Miles</u>, et.al;
05 cv 1459 (DNH/RFT)

To Whom it May Concern,

    Please be advised that on April 11, 2006 I was discharged from the Central New York Psychiatric Center and returned to the custody of the N.Y.S. Department of Correctional Services and today have been released from the Mental Health Unit at Wende Correctional Facility.

    Please have the civil docket sheet reflect the pro-se plaintiff's change of address.

Respectfully,
Matthew John Matagrano