UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------x
MATTHEW JOHN MATAGRANO,

                      Plaintiff

                      NOTICE OF MOTION

- vs -

                      9:05 cv 1459 (DNH/RFT)

OFFICE OF MENTAL HEALTH; REGINA
MILES, Md; ROBERT CARR; ANN         PRO-SE
ANDZEL; CHRISTINE; JOHN DOE,
n/k/a ANTHONY DEVITO; JOHN
DINARDO; PATRICK; and CINDY
LAW;

                Defendants.
----------------------------------------x

[FILED stamp: U.S. DISTRICT COURT - N.D. OF N.Y. FILED MAY 19 2006 AT ___ O'CLOCK Lawrence K. Baerman, Clerk - Syracuse]

    PLEASE TAKE NOTICE that, upon the annexed affidavit in support of a Motion to file a Supplemental Complaint, the proposed Supplemental Complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure and all other proceedings had herein, the plaintiff, Matthew John Matagrano, appearing pro-se and duly sworn to the 7th day of May, 2006 will move this Court on the 12th day of June, 2006 or as soon thereafter as counsel can be heard, before the Hon. Randolph F. Treece, U.S. Magistrate Judge at the U.S. Courthouse located at 100 S. Clinton Street, Syracuse N.Y. 13261-7367 for an Order granting plaintiffs request for leave to file the annexed supplemental complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure;

~~~~ For an Order directing the Clerk of Court to, together with the amended Complaint filed on or about December 2, 2005 docket the Supplemental Complaint as a part of the amended Complaint;

For an Order allowing plaintiff to amend the jurisdictional statement in the amended complaint to include that this Court has jurisdiction over plaintiff's State tort claims pursuant to 28 U.S.C. Section 1367 (a).

Dated: May 7, 2006
Alden, N.Y.

Respectfully Submitted,

*/s/ Matthew John Matagrano*

Matthew John Matagrano
No. 04-A-5883
Wende Correctional Facility
3040 Wende Rd. P.O. Box 1187
Alden, N.Y. 14004-1187
Plaintiff pro-se
(716) 937-4000

AFFIDAVIT IN SUPPORT
Matagrano v. Miles, et.al;
- 3 -

For such other and further relief that this Court deems just and equitable.

Dated: May 7, 2006
Alden, N.Y.

Respectfully Submitted,

MATTHEW J. MATAGRANO, 04A5883
WENDE CORRECTIONAL FACILITY
30-40 WENDE RD. P.O. BOX 1187
ALDEN, NEW YORK 14004-1187
(716) 937-4000

SWORN TO BEFORE ME THIS
7th DAY OF MAY, 2006

NOTARY PUBLIC

Notary Public
State of New York
Qualified In Erie County
Commission Expires
3 of 20 09
Marc J. Musialowski

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------X
MATTHEW JOHN MATAGRANO,

                Plaintiff,

   -vs-                          AFFIDAVIT IN SUPPORT
                                    FOR
                                    LEAVE TO FILE
                                    SUPPLEMENTAL COMPLAINT
OFFICE OF MENTAL HEALTH; REGINA MILES,   RULE 15(d) F.R.C.P.
MD; ROBERT CARR; ANN ANDZEL;
CHRISTINE; JOHN DOE, n/k/a ANTHONY        9:05 CV 1459 (DNH/RFT)
DEVITO; JOHN DINARDO; PATRICK;
and CINDY LAW;                                 PRO-SE

                Defendants
---------------------------------X
STATE OF NEW YORK )
                 ) ss.:
COUNTY OF ERIE   )

      Matthew John Matagrano, being duly sworn, deposes and says:

    1) I am the pro-se plaintiff in the above-captioned action and am familiar with all the proceedings herein;

    2) I make this affidavit in support of my application for leave to file a Supplemental Complaint pursuant to Rule 15(d), of the Federal Rules of Civil Procedure;

    For an order directing the Clerk of the Court to, together with the amended complaint filed on or about December 2, 2005 docket the Supplemental Complaint as a continuation of the amended complaint;

    For an order allowing plaintiff to amend the

Affidavit In Support
Matagrano v. Miles, et. al
- 2 -

Jurisdictional Statement in the amended complaint to include that this 'court has jurisdiction over plaintiff's state tort claims pursant to 28 U.S.C. U.S.C. Section 1367 (a).'

3) That the granting of plaintiff's motion will not prejudice or unduly burden the defendants.

4) That plaintiff seeks to file a supplemental complaint instead of an additional amended complaint because plaintiff does not name any new defendant's and that the additional allegations contained in the proposed supplemental complaint are a continuation of the allegations filed in plaintiff's original pleading.

5) That no previous motion for the relief sought has been made herein.

WHEREFORE, plaintiff respectfully requests that leave pursuant to Rule 15(d) of the Federal Rules of Civil Procedure be granted;

That the Court direct the Clerk of Court to docket the supplemental complaint as a continuation pleading of the amended complaint filed on or about December 2, 2006; and

That the Court allow the plaintiff to amend the Jurisdictional Statement in the amended complaint to include this 'Court has jurisdiction over plaintiff's state tort claims pursuant to 28 U.S.C. Section 1367 (a)