Matthew J. Matagrano
C# 183762
Central N.Y. Psychiatric Center
P.O. Box 300
Marcy, N.Y. 13403-0300
(315) 736-8172

```
┌─────────────────────────────────┐
│ U.S. DISTRICT COURT - N.D. OF N.Y.│
│          FILED                   │
│       MAY 2 4 2006               │
│ AT_____O'CLOCK_____            │
│ Lawrence K. Baerman, Clerk - Syracuse │
└─────────────────────────────────┘
```

February 28, 2006

Lawrence K. Baerman,
Clerk
United States District Court
Northern District of New York
James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, N.Y. 13261-7367

*The Clerk is directed to send plaintiff a copy of the pleading in this action (Dkt. No. 4). Plaintiff may amend that pleading to identify the "John Doe" defendant by writing the name of the defendant on that pleading wherever "John Doe" appears and returning the revised pleading to the Court for filing.*

So Ordered as per direction
of Magistrate Peebe
Dated: 5/24/06

Marguerite A. Conan, Esq.

Re: Matagrano v. Miks et al
9:05-CV-1459 (DNH/RFT)

Sir:

I am writing to inform you of my change of address from Wende Correctional Facility to the above psychiatric hospital. Also to inform you that the fifth defendant (John Doe) based upon information and belief has been identified as:

Anthony Devito
Associate Director - Quality Management
Central New York Psychiatric Center

#2

Can you please have the civil docket sheet reflect the above updated information. Thank you.

Respectfully Yours,

Matthew John Matagrano
Plaintiff Pro-se.