UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------x
MATTHEW JOHN MATAGRANO,

                        Plaintiff

      - vs -

OFFICE OF MENTAL HEALTH; NEW YORK STATE
DEPARTMENT OF CORRECTIONAL SERVICES; DR.
REGINA MILES, MD; ROBERT CARR; ANN
ANDZEL; CHRISTINE; ANTHONY DEVETO;
JOHN DINARDO; PATRICK; CINDY LAW;
ROBERT A. KIRKPATRICK; DR. CHRISTOPHER
M. DEKIN, MD; DAVID PREVETT; and
ROBERT RAYMOND,

                     Defendants.
-----------------------------------x

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 15 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

NOTICE OF MOTION
FOR LEAVE TO AMEND
THE PLEADING

Pursuant to Rule 15(d) F.R.C.P.

CIV NO: 05-CV-1459 (DNH)(RFT)

PRO-SE

SIRS:

    PLEASE TAKE NOTICE that, upon the annexed affidavit in support for a motion for leave to amend the pleading pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, the proposed amended pleading and all other proceedings had herein, the plaintiff, appearing pro-se being duly sworn to the 12 day of June, 2006, will move this court on the 26th day of JULY, 2006, or as soon thereafter as movant can be heard, before the Hon. RANDOLPH F. TREECE, U.S. Magistrate Judge at the U.S. Courthouse located at 100 S. Clinton Street, Syracuse N.Y. 13261-7367, FOR an order granting leave to file the annexed amended complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure; and FOR an ORDER pursuant to Rule 12(a)(1) directing counsel for

NOTICE OF MOTION
05-CIV-1459 (DNH)(RFT)
-2-

defendants to file an answer to the amended pleading or otherwise move.

Dated: June 12, 2006
Alden, N.Y.

Respectfully Submitted,

*(signature)*

Matthew John Matagrano
04A5883 Plaintiff Pro-Se
Wende Correctional Facility
3040 Wende Rd. P.O. Box 1187
Alden, N.Y. 14004-1187

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------x
MATTHEW JOHN MATAGRANO,

                Plaintiff,

   - vs -　　　　　　　　　　　　　　　　AFFIDAVIT IN SUPPORT
                                                           OF MOTION FOR LEAVE
                                                             TO AMEND THE PLEADING

OFFICE OF MENTAL HEALTH; NEW YORK STATE　　Rule 15(d) F.R.C.P.
DEPARTMENT OF CORRECTIONAL SERVICES; DR.
REGINA MILES, MD; ROBERT CARR; ANN　　　　CIV.NO: 05-CV-1459 (DNH)(RFT)
ANOZEL; CHRISTINE; ANTHONY DEVZTO;
JOHN DINARDO; PATRICK; CINDY LAW;　　　　PRO-SE
ROBERT A. KIRKPATRICK; DR. CHRISTOPHER
M. DEHIN, MD; DAVID PRIVETT; and
ROBERT RAYMOND,

                                Defendants.
---------------------------------------------x

STATE OF NEW YORK )
                      ) ss:
COUNTY OF ERIE )

    Matthew John Matagrano, being duly sworn to the __12__ day of __June__, 2006, deposes and says:

    1) I am the pro-se plaintiff in the above-captioned action and am familiar with all the proceedings had herein.

    2) I make this affidavit in support of plaintiff's motion for leave to amend the pleading pursuant to Rule 15(d) of the Federal Rules of Civil Procedure; and for an Order pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure directing Counsel for the defendant's to answer the amended Complaint.

AFFIDAVIT IN SUPPORT
05-CV-1459 (DNH)(RFT)
-2-

3) That the granting of plaintiff's motion will not prejudice or unduly burden the defendants.

4) That Christopher Dekin, MD, David Privett, Robert A. Kirkpatrick and Robert Raymond all have personal involvement of the violation of plaintiff's constitutional rights as alleged in the annexed amended complaint. Plaintiff at all times relevant herein has been under sentence to the care, custody, and control of the New York State Department of Correctional Services by virtue of a criminal conviction and since it is charged with the care, custody, and control of the plaintiff it is a reasonable expectation that the Department of Correctional Services would be named as a defendant, because it is a public entity as described pursuant to 42 U.S.C. §12101, and the gravamen of plaintiff's claims is predicated upon the acts and or omissions of the New York State Office of Mental Health, New York State Department of Correctional Services, their employees, contractors, agents or volunteers; and

5) That the plaintiff seek to file an amended complaint to bring forth the facts of the continuing violation(s) of plaintiff's rights as enumerated in the annexed amended pleading.

6) A previous amendment as of right was filed in this action on or about December 2, 2005. (Civ. Dkt. No. 4)

7) That the allegations asserted are actionable, non-frivolous and in no way intended to harass the defendants named.

WHEREFORE, plaintiff respectfully requests that leave to amend the pleading be granted; and that an order be issued directing

AFFIDAVIT IN SUPPORT
05-CV-1459 (DNH) (RFT)
-3-

counsel for the defendants to answer the amended complaint or otherwise move; And

    For such other and further relief as this Court deems just, proper, and equitable.

Dated: June 12, 2006
ALDEN, N.Y.

Respectfully Submitted,

*[signature]*

Matthew John Matagrano
04A5883 Plaintiff Pro-se
Wende Correctional Facility
3040 Wende Rd. P.O. Box 1187
Alden, N.Y. 14004-1187
(716) 937-4000

SWORN TO BEFORE ME
THIS 12 DAY OF June, 2006.

*[signature]*
NOTARY PUBLIC

MARIAN DUMINUCO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Jan. 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------x
MATTHEW JOHN MATAGRANO,

                Plaintiff,

-vs-

                          AFFIRMATION OF
                          SERVICE BY MAIL

OFFICE OF MENTAL HEALTH, et. al.;

                Defendants.
----------------------------------------x   05-CV-1459 (DNH)(RFT)

STATE OF NEW YORK )
                  ) SS:
COUNTY OF ERIE    )

      Matthew John Matagrano, affirms and says under the penalty of perjury that: (28 U.S.C. Section 1746)

      1) I am over the age of 18 and reside at Wende Correctional Facility, 3040 Wende Rd. P.O. Box 1187, Alden, N.Y. 14004.

      2) That on the 12th day of June, 2006, I served by first class mail the following documents:

            (i) Notice of Motion to Amend;
            (ii) Affidavit in Support;
            (iii) Amended Complaint.

in the above entitled proceeding, by mailing the same in a sealed envelope, postage paid and delivering it to prison authorites according to the established procedures for mailing such items, addressed to the proper mailing address of counsel for the defendants as listed below:

      Hon. Elliot Spitzer
      Attorney General State of New York

Department of Law
State Capitol
Albany, N.Y. 12224


Dated: June 12th, 2006
      Alden, N.Y.

Respectfully Submitted,

*(signature)*

Matthew John Matagrano
04A5883 Plaintiff Pro-se
Wende Correctional Facility
3040 Wende Rd. P.O. Box 1187
Alden, N.Y. 14004-1187
(716) 937-4000