U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 10 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

July 6, 2006

Re: <u>Matagrano</u> v. <u>Office of Mental Health</u>, et. al.
05 cv 1459 (DNH) (RFT)

To Whom It May Concern,

Please be advised that the address of the pro-se plaintiff has changed as follows, as of July 6, 2006:

Matthew John Matagrano
C# 183762
Central New York Psychiatric Center
River Rd.  P.O. Box 300
Marcy, N.Y. 13403-0300

Please have the civil docket sheet reflect the change.

Respectfully,

[signature]