

Matthew J. Matagrano
C# 183762
Central N.Y. Psychiatric CNT
P.O. Box 300 River Rd
Marcy, N.Y. 13403-0300

July 10, 2006

Attn. Inmate Litigation Unit
  Clerk
  U.S.D.C. N.D.N.Y.
  Federal Building
  P.O. Box 7367  100 S. Clinton St.
  Syracuse, N.Y. 13261-7367

Re: <u>Matagrano</u> v. <u>Office of Mental Health</u>, et. al.;
    05-cv-1459 (DNH)(RFT)

Dear Sir/Madam:

I am writing to inform the Court of the full legal names of the two defendants only known by their final names:

1) Ms. Christine A. Antenore
   Social Work Supervisor
   Elmira Correctional Facility

2) Patrick Mullay
   Psychiatric Nurse.

Can you please have the civil docket sheet reflect the changes.

Also can you please advise if the U.S.M. form's #285 have been forwarded to the U.S. Marshal's Service for service upon the defendants as docketed per Magistrate Treece's order dated April 21, 2006?

Has any notice of Appearance been submitted on behalf of any defendants? Can you please advise on the status of plaintiffs motion for leave to file a Second Amended complaint which was returnable on July 12, 2006?

Thank you for your time and attention. I am:

Very Truly Yours,

Matthew J. Matagrano
#183762
Plaintiff Pro-se