Matthew John Matagrano
Din # 04-A-5883
Wende Correctional Facility
3040 Wende Rd P.O. Box 1187
Alden, N.Y. 14004-1187

October 20, 2006

Lawrence K. Baerman
Clerk
USDC NDNY
P.O. Box 7367 100 S. Clinton St
Syracuse, N.Y. 13261-7367

Re: Matagrano v. Miles, et. al.;
    05 cv 1459 (DNH) (RFT)

To Whom It May Concern:
    Please advise that the pro-se plaintiff's address has changed and is as follows:
Wende Correctional Facility
Din # 04-A-5883
3040 Wende Rd. P.O. Box 1187
Alden, N.Y. 14004-1187
(716) 937-4000

Respectfully Submitted,

Matthew John Matagrano