# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Matthew John Matagrano | 9:05 CV 1459 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Regina Mcles, et. al) | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Christine, c/o M.H.U. Elmira Correctional Facility

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 500 Elmira, N.Y. 14902-0500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Matthew John Matagrano
C# 163762 D# 04A5863
Central New York Psychiatric Center
P.O. Box 300
Marcy NY 13403-0300

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 8 2007
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER    DATE 11/23/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy
R Clarke

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:
service via regular mail 12/29/06
USM 299 received  WE

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



STATE OF NEW YORK

DEPARTMENT OF CORRECTIONAL SERVICES

# ELMIRA CORRECTIONAL FACILITY

P.O. BOX 500
ELMIRA, NEW YORK 14902

Brian Fischer
Actg. Commissioner

607-734-3901

John W. Burge
Superintendent

January 3, 2007

05-CV-1459

U.S. Department of Justice
United States Marshals Service
Northern District of New York
P. O. Box 7260
Syracuse, New York 13261

RECEIVED
USMS - NDNY
2007 JAN -4 A 11:13

RE: Matthew John Matagrano vs. Regina Miles, et al

To Whom It May Concern;

I have received a summons addressed to Ms. Christine %MHU. This employee does not work for the Department of Corrections. You will have to determine her last name and mail this to the Department of Mental Hygiene.

Respectfully Submitted,

Mary C. Carr
Mary C. Carr
Clerk II, Inmate Records

c.c.:

enclosures