


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

January 12, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY  12201-2924

Granted _____ as per direction
of Judge  TREECE
Dated:  1-12-07
By:  RB

Re:   Matagrano v. Miles, et al.
      Northern District of New York
      05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

    Defendants New York State Department of Correctional Services, Kirkpatrick, and Andzel were served with process in the above-entitled action and their responses are due on January 23 and 24, 2007.

    The allegations in the complaint must be investigated; therefore, I respectfully request an extension of time to February 27, 2007 within which to serve a response to the complaint.

    Thank you for your consideration of this matter.

Respectfully yours,

  s/Senta B. Siuda
Senta B. Siuda
Assistant Attorney General
Bar Roll No. 104416

cc:   Matthew John Matagrano
      04-A-5883
      Wende Correctional Facility
      3040 Wende Road
      Alden, New York 14004-1187

615 Erie Blvd. West, Suite 102, Syracuse, N.Y. 13204 ● (315) 448-4800 ● Fax (315) 448-4853 * Not for service of papers
http://www.oag.state.ny.us