

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 2 1 2007
AT_____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

January 19, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY  12201-2924

Granted_____as per direction
of Judge Treece
Dated: 1-21-07
By: RFT

Re:   Matagrano v. Miles, et al.
      NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

Defendants Miles, Carr, Dinardo, Mullally (named "Patrick" in the caption), Law, Devito, Deakin (misspelled "Dekin" in the caption), Privet (misspelled "Privett" in the caption), Raymond, and the New York State Office of Mental Health were served with process in the above-entitled action. An extension of time within which to serve a response to the complaint was previously requested for defendants New York State Department of Correctional Services, Kirkpatrick, and Andzel to February 27, 2007.

Therefore, I respectfully request the same extension of time on behalf of defendants Miles, Carr, Dinardo, Patrick Mullally, Law, Devito, Deakin, Privet, Raymond, and the New York State Office of Mental Health.

Thank you for your consideration of this matter.

Respectfully yours,

s/Senta B. Siuda
Senta B. Siuda
Assistant Attorney General
Bar Roll No. 104416

cc:   Matthew John Matagrano
      04-A-5883
      Wende Correctional Facility
      3040 Wende Road
      Alden, New York 14004-1187