# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Matthew John Matagrano | COURT CASE NUMBER: 05 cv 1459 |
| DEFENDANT: Regina Miles, MD, et al | TYPE OF PROCESS: Summons & Complaint |

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
JAN 26 2007
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

~~John Doe~~ Anthony DeVito c/o Central N.Y. Psychiatric Center

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 300 Marcy N.Y. 13403-0300

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Matthew John Matagrano
Central N.Y. Psychiatric Center
C# 163762  D# 04-A-5883
P.O. Box 300
Marcy, NY 13403-0300

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 09
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

\* DIRECTOR OF RISK MANAGEMENT CNYPC

Anthony DeVito
Associate Director of Quality Management
Central N.Y. Psychiatric Center

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 

DATE: 11/23/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1/19/07
Time: am/pm
Signature of U.S. Marshal or Deputy: R Clarke

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

service via regular mail 12/29/06
USM 299 received 1-24-07

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service
Northern District of New York
PO Box 7260
Syracuse, NY 13261



## STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

**A. STATEMENT OF SERVICE BY MAIL**

United States District Court
for the
Northern District of New York

TO: Anthony Devito
CNY Psychiatric Center
PO Box 300
Marcy, NY 13403

Civil File Number: 05-CV-1459

Matthew John Matagrano
v
Regina Miles, et al

The enclosed summons and complaint are served pursuant to Fed. R. Civ. P. 4(e)(1) and section 312-a of the New York Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or for your attorney. If you wish to consult an attorney, you should do so as soon as possible.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires thirty (30) days after the day you mail or deliver this form to the sender.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint by Mail was mailed on December 29, 2006.

_B. Wright_
Signature (USMS Official)

**B. ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I received the summons and complaint in the above-referenced matter.

CHECK ONE OF THE FOLLOWING: (IF 2 IS CHECKED, COMPLETE AS INDICATED)

1. ✓   I am not in military service of the United States.
2. ___  I am in military service of the United States, and my rank, serial number and branch of service are as follows:
    Rank: _____
    Serial Number: _____
    Branch of Service: _____

**TO BE COMPLETED REGARDLESS OF MILITARY STATUS:**

I affirm the above as true under penalty of perjury.

_Peter A. Durfee_
Signature

Peter A. Durfee
Print Name

1/19/07
Date of Signature

Anthony Devito
Name of Defendant for which acting

Deputy Counsel for Litigation, NYSOMH
Relationship to Defendant/Authority to Receive

RECEIVED USMS - NDNY 2007 JAN 24 A 11:41

*It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.*