CERTIFICATE OF SERVICE

I, SUSAN K. CRANSTON, affirm pursuant to 28 U.S.C. § 1746, that on February 27, 2007, I served the following document and correspondence: **Answer** on the following individual(s), by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Syracuse, a depository under the exclusive care and custody of the United States Post Office Department, directed to these individuals at the address(es), designated for that purpose, as follows:

>Matthew John Matagrano
>04-A-5883
>Wende Correctional Facility
>3040 Wende Road
>Alden, New York 14004-1187

>s/Susan K. Cranston
>SUSAN K. CRANSTON

Sworn to before me this
27th day of February 2007.

    s/Senta B. Siuda
Assistant Attorney General of the State
of New York, with the general powers of
a Notary Public, pursuant to Section 73
of the Executive Law of the State of
New York.