U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAR 2 0 2007
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Syracuse

Matthew J. Matagrano
04A5883
Wende Correctional Facility
3040 Wende Rd. Po. Box 1187
Alden, N.Y. 14004-1187

March 1, 2007

Hon. Randolph F. Treece
U.S. Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, N.Y. 12201-2924

The Clerk shall reissue a summons for defendant Christine A. Antenore and direct the US Marshal to effect service on this defendant at NYS Dept of Mental Hygiene. See Dkt No. 21.

So Ordered as per direction of Magistrate Treece
Dated: 3/20/07
Marguerite A. Conan, Esq.

Re: Matagrano v. Miles, et al.
    NDNY, 05-cv-1459 (DNH)(RFT)

Dear Judge Treece:

    Plaintiff has today received defendant's answer to the Second Amended Complaint. The answer advises plaintiff that defendant "Ms. Christine" has not been served and that on Jan 8, 2007 the marshal advised the Court that service couldn't be completed.

    On July 11, 2006 in a letter to the Inmate Litigation Unit of the Syracuse Clerk's Office I advised the Court of the proper name of defendant 'Patrick' (Patrick Mullally) and defendant 'Ms. Christine' (Christine A. Antenore).

Page 2

On July 28, 2006, I wrote to Ms. Marguerite A. Conan, Esq. at the Syracuse Courthouse advising again the Court of the name of the two above defendants. On August 21, 2006, I wrote to Judge Hurd. When the U.S. Marshal Process Service USM 285 forms were submitted to the Clerk's office defendant 'Ms. Christine' was identified on the form as Ms. Christine A. Antenore c/o Elmira Corr. Fac. I was never informed by the Court that this defendant had not been able to be served.

Therefore, I respectfully request that defendant Christine A. Antenore be served by the U.S. Marshal Service with the Second Amended Complaint.

Thank you for your consideration in this matter.

Respectfully Yours,

Matthew John Matagrano

Copy to:
Senta B. Siuda
Assistant Attorney General
Syracuse Regional Office
615 Erie Blvd. West, Suite 102
Syracuse, N.Y. 13204