# United States District Court

NORTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL CASE

MATTHEW JOHN MATAGRANO,

Plaintiff,

v.                                      CASE NUMBER: 9:05-CV-1459

REGINA MILES; ROBERT CARR; ANN ANDZEL;
MS. CHRISTINE; JOHN DINARDO; OFFICE OF MENTAL
HEALTH; PATRICK; CINDY LAW; NEW YORK STATE
DEPARTMENT OF CORRECTIONAL SERVICES;
ANTHONY DEVITO; CHRISTOPHER DEKIN;
DAVID PRIVETT; ROBERT RAYMOND; ROBERT
KIRKPATRICK,

Defendants.

TO:   The above named Defendant (s):   MS. CHRISTINE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY (name and address)

MATTHEW JOHN MATAGRANO
Plaintiff, *pro se*
04-A-5883
Wende Correctional Facility
P.O. Box 1187
Alden, NY 14004

**an answer to the complaint which is herewith served upon you, within          20**
**days after service of this summons upon you, exclusive of the day of service.  If you fail to**
**do so, judgment by default will be taken against you for the relief demanded in the**
**complaint.  You must also file your answer with the Clerk of this Court within a reasonable**
**period of time after service.**



_Lawrence K. Baerman_
Clerk of Court

March 28, 2007
DATE

Renata Bliss
(BY) DEPUTY CLERK