

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

April 9, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY  12201-2924

Re:   Matagrano v. Miles, et al.
      NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

    I am in receipt of discovery demands from the plaintiff in this case, and a response is currently due on April 13, 2007.  I have begun to gather the information necessary to respond, but I find that I need additional time.

    Accordingly, I respectfully request an extension of time until May 14, 2007 within which to serve a response to plaintiff's discovery demands.

    Thank you for your consideration of this matter.

                                          Respectfully yours,

                                          s/Senta B. Siuda
                                          Senta B. Siuda
                                          Assistant Attorney General
                                          Bar Roll No. 104416

cc:   Matthew John Matagrano
      04-A-5883
      Wende Correctional Facility
      3040 Wende Road
      Alden, New York 14004-1187