

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 11 2007
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse
DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

ANDREW M. CUOMO
ATTORNEY GENERAL

April 9, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY 12201-2924

Re:   Matagrano v. Miles, et al.
      NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

I am in receipt of discovery demands from the plaintiff in this case, and a response is currently due on April 13, 2007. I have begun to gather the information necessary to respond, but I find that I need additional time.

Accordingly, I respectfully request an extension of time until May 14, 2007 within which to serve a response to plaintiff's discovery demands.

Thank you for your consideration of this matter.

Respectfully yours,

s/Senta B. Siuda
Senta B. Siuda
Assistant Attorney General
Bar Roll No. 104416

cc:   Matthew John Matagrano
      04-A-5883
      Wende Correctional Facility
      3040 Wende Road
      Alden, New York 14004-1187

*Request Granted, Discovery responses due 5/14/07.*
*SO ORDERED as per direction*
*of Ma___ _____*
*Dated: _____*
*Marguerite A. Conan, Esq.*

615 Erie Blvd. West, Suite 102, Syracuse, N.Y. 13204 ● (315) 448-4800 ● Fax (315) 448-4853 * Not for service of papers
http://www.oag.state.ny.us