UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
MATTHEW JOHN MATAGRANO,
                            Plaintiff

-against-

REGINA MILES, MD. et. al;
                            Defendants.

NOTICE OF MOTION TO
SUPPLEMENT THE
COMPLAINT
F.R.C.P. Rule 15(d)

05-cv-1459 (DNH)(RFT)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 25 2007
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

PLEASE TAKE NOTICE that, upon the annexed affidavit in support, the proposed Supplemental Complaint, and all proceedings previously held herein, the plaintiff **Matthew John Matagrano,** will move this Court before the Hon. **Randolph F. Treece, United States Magistrate Judge,** at the United States Courthouse located at 100 S. Clinton Street, 7th Flr, Syracuse New York 13261-7367, on the 29th day of May, 2007, at 10:00 a.m. in the forenoon or soon thereafter as movant may be heard for an Order pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, granting plaintiff permission to supplement the pleading in the above-captioned action; and for an Order pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, directing defendant's to answer the Supplemental complaint, and For Such other and Further Relief as this Court deems Just and Proper.

Dated: April 2, 2007

Respectfully Submitted,

Matthew John Matagrano
Plaintiff Pro-Se
Wende Correctional Fac.
Po. Box 1187
Alden, N.Y. 14004-1187

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
MATTHEW JOHN MATAGRANO,
                              Plaintiff,

-against-                                          AFFIDAVIT IN SUPPORT
                                                   MOTION TO SUPPLEMENT
                                                   THE COMPLAINT
                                                   RULE 15(d) F.R.C.P.

REGINA MILES, MD., et. al;                         05-civ-1459 (DNH)(RFT)
                              Defendants

STATE OF NEW YORK)
COUNTY OF ERIE)         ss:

    I, Matthew John Matagrano,, being duly sworn to deposes and says that:

    1) I am the pro-se plaintiff in the above-captioned action and make this affidavit in support of a motion to supplement the amended complaint filed on September 5, 2006, , pursuant to Rule 15(d) of the Federal Rules of Civil Procedure and for an Order directing the defendants to answer the supplemental complaint pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure.

    2) That I am familiar with all the proceedings previously held herein.

    3) That the granting of plaintiff's within motion would not overly burden the defendants, is made in good faith , and in no way intended to harass them.

    4) That plaintiff seeks to file a supplemental complaint, instead of a third amendment , because plaintiff does not seek to name new defendants, nor does he seek to change any jurisdictional or cause of action claims. He does seek to further the record of the pleading by adding additional allegations that could not of been done at the time of the filing

of the Second Amended Complaint.

    5) That two previous applications for the relief herein requested were made on December 2, 2005, and granted by this Court on April 21, 2006; and On or about May 15, 2006, an application was made to supplement which was withdrawn by the plaintiff, with permission of the Court on July 25, 2006.

    W H E R E F O R E , plaintiff herein, prays for an Order pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, granting him leave to supplement the pleading; and For an Order pursuant to Rule 12(a) (1) of the Federal Rules of Civil Procedure ordering the defendants and or their counsel to answer the supplemental complaint; and For Such Other and Further Relief as this Court Deems Just And Proper.

Dated: April 2, 2007
Alden, N.Y.

Respectfully Submitted,

Matthew John Matagrano
Plaintiff Pro-Se
#04A5883
Wende Correctional Fac.
Po. Box. 1187
Alden, New York 14004-1187

Sworn to before me this
2 day of April, 2007

Notary Public New York

M JACQUELYEN KENNEDY
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Feb 9, 2010

- 05 cv 1459 (DNH) (RFT)

## AFFIRMATION OF SERVICE

I, Matthew John Matagrano, declare under the penalties of perjury that:

I am over 18 years of age and reside at the Wende Correctional Facility, located at 3040 Wende Rd. P.O. Box 1187.

On the 20th day of April, 2007, I placed and submitted a true and exact copy of:

NOTICE OF MOTION TO SUPPLEMENT THE PLEADING; AFFIDAVIT IN SUPPORT; AND SUPPLEMENTAL COMPLAINT

in a properly sealed post paid envelope, and deposited same in an official depository under the exclusive care and control of the United States Postal Services, within the State of New York Department of Correctional Services addressed to the attorney of service for the defendants at:

Senta B. Siuda
Assistant Attorney General
Syracuse Regional Office
615 Erie Blvd, West. Suite 102
Syracuse, N.Y. 13204

I declare pursuant to 28 U.S.C. Section 1746 that the foregoing is true under the penalties of perjury.

Dated: April 20, 2007
Alden, N.Y.

Respectfully Submitted,

Matthew John Matagrano
Plaintiff Pro-Se