

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

May 2, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY 12201-2924

Re:   Matagrano v. Miles, et al.
      NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

    Defendant Christine Antenore has recently been served with papers in the above-referenced case. Other defendants have already filed their answer; however I respectfully request a one-week extension until May 9, 2007 within which to file a response to the complaint on behalf of defendant Antenore.

    Thank you for your consideration of this matter.

                                                   Respectfully yours,

                                                   s/Senta B. Siuda
                                                   Senta B. Siuda
                                                   Assistant Attorney General
                                                   Bar Roll No. 104416

cc:   Matthew John Matagrano
      04-A-5883
      Wende Correctional Facility
      3040 Wende Road
      Alden, New York 14004-1187