

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

May 4, 2007

Hon. Randolph F. Treece  
United States Magistrate Judge  
United States District Court  
Northern District of New York  
James T. Foley United States Courthouse  
445 Broadway  
Albany, NY  12201-2924

Re: <u>Matagrano v. Miles, et al.</u>  
NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

Please accept this letter as defendants' opposition to plaintiff's motion to supplement his complaint (Docket No. 47), currently returnable on May 29, 2007.

Defendants oppose plaintiff's motion because he failed to follow the Northern District of New York's Local Rule of Practice for such a motion. The Local Rules are very clear that when filing a motion under Federal Rules of Civil Procedure 14, 15, and 19-22, a party must attach an unsigned copy of the complete amended pleading. <u>See</u> L.R. 7.1(a)(4). The Local Rules further provide:

> ... Except as the Court otherwise provides, the proposed amended pleading must be a **complete pleading**, which will supersede the original pleading in all respects. No portion of the prior pleading shall be incorporated into the proposed amended pleading by reference.

L.R. 7.1(a)(4), emphasis added.

It is undisputed in this case that the plaintiff failed to follow Local Rule 7.1(a)(4). Plaintiff attached a proposed "supplemental" pleading to his motion papers, but that "supplemental" complaint begins with paragraph 308 and specifically attempts to incorporate his original complaint by reference. Plaintiff has not submitted to the Court a **complete** proposed amended pleading, and for this reason, his motion to supplement his complaint must be denied.

May 4, 2007
Page 2

       Thank you for your consideration of this matter.

                                                                             Respectfully yours,

                                                                             s/Senta B. Siuda
                                                                            Senta B. Siuda
                                                                            Assistant Attorney General
                                                                            Bar Roll No. 104416

cc:    Matthew John Matagrano
        04-A-5883
        Wende Correctional Facility
        3040 Wende Road
        Alden, New York 14004-1187