U.S. Department of Justice

United States Marshals Service

*Northern District of New York*

---

Syracuse, NY 13261

DATE: 5/4/07

TO: Court Clerk
Northern District of New York

FM: Barbara D. Wright *B. Wright*
Administrative Officer

*FILED MAY -7 2007 AT ___ O'CLOCK Lawrence K. Baerman, Clerk - Syracuse, U.S. DISTRICT COURT - N.D. OF N.Y.*

RE: BILL OF COSTS
CASE #: 05-CV-1459

The United States Marshals Service's fees for service of process in the above-referenced case total $ 8.00 .

Please retain this correspondence in the case file and notify us in the event the plaintiff prevails in this action so that we can proceed to collect due costs in this matter.

Thank you.

W