

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

May 11, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY 12201-2924

Re:  Matagrano v. Miles, et al.
     NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

Please accept this letter as defendants' response to plaintiff's motion to change venue (Docket No. 48), currently returnable on May 29, 2007.

Plaintiff's motion seeks to change the venue of this case to the Southern District of New York, and the motion papers contain allegations of contempt and rights violations.

Defendants reject, oppose, and deny plaintiff's allegations of contempt and rights violations. However, defendants consent to the requested change of venue to the Southern District of New York.

Thank you for your consideration of this matter.

Respectfully yours,

 s/Senta B. Siuda
Senta B. Siuda
Assistant Attorney General
Bar Roll No. 104416

cc:  Matthew John Matagrano
     04-A-5883
     Wende Correctional Facility
     3040 Wende Road
     Alden, New York 14004-1187