

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

May 11, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY  12201-2924

Re:     Matagrano v. Miles, et al.
        NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

    I am in receipt of discovery demands from the plaintiff in this case, and a response is currently due on May 14, 2007.  I have received some of the information necessary to respond, but I am still waiting for certain information.

    Accordingly, I respectfully request a further extension of time until May 29, 2007 within which to serve a response to plaintiff's discovery demands.

    Thank you for your consideration of this matter.

Respectfully yours,

s/Senta B. Siuda
Senta B. Siuda
Assistant Attorney General
Bar Roll No. 104416

cc:     Matthew John Matagrano
        04-A-5883
        Wende Correctional Facility
        3040 Wende Road
        Alden, New York 14004-1187