

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

May 29, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY  12201-2924

Re:    Matagrano v. Miles, et al.
       NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

  The plaintiff in this case has served a total of eight (8) discovery demands upon this office as of today's date.  I have today served a response to the first demand.  I currently have until June 8, 2007 to respond to a second demand.  I have rejected the third demand because it was directed to the New York State Office of Mental Health, which is not a proper defendant in this action.  However, in addition to those three (3) demands, there are five (5) sets of interrogatories directed to individual defendants.

  In order to have sufficient time to respond, I respectfully request an extension of time to respond to the interrogatories until June 29, 2007.

  Thank you for your consideration of this matter.

                Respectfully yours,

                 s/Senta B. Siuda
                Senta B. Siuda
                Assistant Attorney General
                Bar Roll No. 104416

cc:    Matthew John Matagrano
       04-A-5883
       Wende Correctional Facility
       3040 Wende Road
       Alden, New York 14004-1187