

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

May 29, 2007

Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, NY 12201-2924

Re:   Matagrano v. Miles, et al.
      NDNY, 05-CV-1459 (DNH)(RFT)

Dear Judge Treece:

> [Handwritten annotation: Extension of time to respond to discovery granted until 6/29/07. According to the docket, the NYS Office of Mental Health was served with process and filed an answer to the second amended complaint. See Dkt. No. 37. Discovery responses are due from all defendants. So Ordered as per direction of Chief Judge Hoore. Dated: 5/29/07   Marguerite A. Conan, Esq.]

The plaintiff in this case has served a total of eight (8) discovery demands upon this office as of today's date. I have today served a response to the first demand. I currently have until June 8, 2007 to respond to a second demand. I have rejected the third demand because it was directed to the New York State Office of Mental Health, which is not a proper defendant in this action. However, in addition to those three (3) demands, there are five (5) sets of interrogatories directed to individual defendants.

In order to have sufficient time to respond, I respectfully request an extension of time to respond to the interrogatories until June 29, 2007.

Thank you for your consideration of this matter.

Respectfully yours,

s/Senta B. Siuda
Senta B. Siuda
Assistant Attorney General
Bar Roll No. 104416

cc:   Matthew John Matagrano
      04-A-5883
      Wende Correctional Facility
      3040 Wende Road
      Alden, New York 14004-1187

615 Erie Blvd. West, Suite 102, Syracuse, N.Y. 13204 ● (315) 448-4800 ● Fax (315) 448-4853 * Not for service of papers
http://www.oag.state.ny.us