# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
**Clerk**



**James M. Hanley Federal Building**
**P.O. Box 7367, 100 S. Clinton St.**
**Syracuse, New York 13261-7367**
**(315) 234-8500**
**Fax (315) 234-8501**

**JOHN M. DOMURAD**
**Chief Deputy**

June 22, 2007

J. Michael McMahon, Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: Matgrano v. Miles, et al.
Case#: 9:05-CV-1459

Dear Clerk:

Please be advised that pursuant to the order signed by U.S. Magistrate Judge Randolph F. Treece on June 20, 2007, the above titled action is hereby transferred to the Southern District of New York.

Pursuant to the transfer the parties are advised that all filings and inquiries should be made with the **Southern District of New York** in accordance with their rules and procedures.

Please acknowledge receipt of this transfer file (consisting of a certified copy of the transfer order and a letter that links the **Southern District** to the NDNY Court docket for access to the filed documents in this action, as well as a certified copy of the docket sheet).  Please return a date stamped copy of this letter with your case number included in the self addressed envelope provided.  All documents, with the exception of those noted below, are electronic and can be accessed via the NDNY CM/ECF page at http://ecf.nynd.uscourts.gov.

Respectfully,

Lawrence K. Baerman, Clerk

By:     RB, Deputy Clerk

cc: **Matthew Matagrano, Plaintiff *pro se***