UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MATTHEW JOHN MATAGRANO,

                Plaintiff,        CHANGE OF ADDRESS

    -against-

                                    05-CV-1459 (DNH)(CFT)

REGINA MILES, MD et. al;

                Defendants.

    PLEASE TAKE NOTICE that, effective June 29, 2007, the pro-se plaintiff's address is as follows:

        Matthew John Matagrano
        c/o George C. Polis
        32-50 70TH STREET
        APT 4M
        JACKSON HEIGHTS, N.Y. 11370-1729
        (718) 898-7169

Dated: June 25, 2007
      Alden, N.Y.

                                    Respectfully Submitted,

                                    Matthew John Matagrano
                                    04A5853 Plaintiff
                                    Wende Correctional Facility
                                    3040 Wende Rd. P.O. Box 1187
                                    Alden, N.Y. 14004-1187

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 27 2007
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

05-CV-1459

AFFIRMATION OF SERVICE
BY MAIL

I declare pursuant to 28 U.S.C. Section 1746 and upon the penalty of perjury that:

On the 25th day of June, 2007, I mailed a true and exact copy of: Plaintiff's Change of Address to:

Senta B. Siuda
Assistant Attorney General
Syracuse Regional Office
615 Erie Blvd, West Suite 102
Syracuse, N.Y. 13204

Dated: June 25, 2007
Alden, N.Y.

Respectfully Submitted,

Matthew John Matagrano
04A5883
Plaintiff Pro-se
Wende Correctional Facility
3040 Wende Rd. Po-Box 1187
Alden, N.Y. 14004-1187