UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Matthew John Matagrano
                         -   Plaintiffs           CONSENT TO CHANGE ATTORNEY

v.

                                                  Dkt. 07CV 7702

Office of Mental Health, et al.
                         -Defendants

**Jury Trial Demanded**

-------------------------------------------------. X

      **IT IS HEREBY CONSENTED THAT** James B. LeBow, Esq., of The Law Office of James B. LeBow, 488 Madison Avenue, Suite 1100, New York, N.Y. 10022, be substituted as attorney of record for Matthew John Matagrano, the undersigned party in the above entitled action in place and instead of Matthew John Matagrano, to be effective on the date this stipulation is so ordered by the Court.

September 26, 2007
_____
Matthew John Matagrano
32-50 70th Street, Apt#4M
Jackson Heights, New York
11370-1729

_____
James B. LeBow, Esq. (JL4535)
488 Madison Avenue, Suite 1100,
New York, New York 10022

SO ORDER

_____
JUDGE Shira A. Scheindlin, USDJ