UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Matagrano

-v.-

07 Civ. 7702 (RWS)

Office of Mental Health
-------------------------------------------------------------X

Please be advised that the conference scheduled

for __1-30-08__ has been rescheduled to

__2-6-08__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York

1-30-08

_____
ROBERT W. SWEET
United States District Judge