UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Matagrano

-v.-

Office of Mental Health
------------------------------------------------------------------X

: 07 Civ. 7702 (RWS)

2/8/08

Please be advised that the conference scheduled

for Feb 6, 08 has been rescheduled to

March 19, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
2/8/08

_____
ROBERT W. SWEET
United States District Judge