UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Matagrano

-v.-

Office of Mental Health
---------------------------------------------------------------X

07 Civ. 7702 (RWS)

Please be advised that the conference scheduled

for 3-20-08 has been rescheduled to

3-26-08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3/18/08

/s/ Robert W. Sweet
ROBERT W. SWEET
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08