UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Matthew John Matagrano,

            Plaintiff,

   -against-

Office of Mental Health, et al.,

            Defendant.
-----------------------------------------------------------

07-CV-07702 (RWS)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Catherine C. Kirk a member in good standing of the bar of this Court, hereby move for an Order allowing the admission of pro hac vice of

    Megan Kay Price
    LeBow & Associates, PLLC
    488 Madison Avenue, Suite 1100
    New York, New York 10022
    Phone Number: (212) 868-3311
    Fax Number: (212) 363-3123

Megan Kay Price is a member in good standing of the Bar of the States of Connecticut, Missouri, and the United States District Court for the Western District of Missouri.

There are no pending disciplinary proceedings against Megan Kay Price in State or Federal Court.

April 16, 2008
New York, New York

Respectfully submitted,

Catherine C. Kirk
SDNY Bar Code: CK 3689
LeBow & Associates, PLLC
488 Madison Avenue, Suite 1100
New York, New York 10022
Phone Number: (212) 868-3311
Fax Number: (212) 363-3123

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Matthew John Matagrano,

                Plaintiff,

   -against-

Office of Mental Health, et al.,

                Defendant.
---------------------------------------------------------

07-CV-07702 (RWS)

**AFFIDAVIT OF CATHERINE C. KIRK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York   )
                           ) ss:
County of New York  )

Catherine C. Kirk, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at LeBow & Associates, PLLC, counsel for Plaintiff Matthew John Matagrano in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Megan Kay Price as counsel pro hac vice to represent Plaintiff Matthew John Matagrano in this matter.

2. I am a member in good standing of the bar of the State of New York, and I was admitted to practice law in _February, 1977_ I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Megan Kay Price since 2008.

4. Megan Kay Price is an associate at LeBow & Associates, PLLC in New York, New York.

5. I have found Ms. Price to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Megan Kay Price, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Megan Kay Price, pro hac vice, to represent Plaintiff Matthew John Matagrano in the above captioned matter, be granted.

April 16, 2008  
New York, New York  
Notarized:

Respectfully submitted,

/s/ Catherine C. Kirk  
Catherine C. Kirk  
SDNY Bar Code: CK 3689

SWORN TO BEFORE ME  
This 16th day of April, 2008

Angela Scaperotta   4/16/08  
30469020I



# State of Connecticut
## Supreme Court

I, *Michéle T. Angers*, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the ~~Superior~~ Supreme Court at Hartford on the **eleventh** , day of **June** **2007** ,

**Megan Kay Price**

of

**New York, New York**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **thirty-first** day of **March** , 20 **08** .

Michéle T. Angers

Chief Clerk



# *The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 4, 2006,

### *Megan Kay Price*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 28th day of March, 2008.

_____
Clerk of the Supreme Court of Missouri

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | SS. |
| WESTERN DISTRICT OF MISSOURI ) | |

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Megan K. Price was duly admitted to practice in said Court on October 12, 2006.

Ms. Price is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on March 27, 2008

_____
Patricia L. Brune, Clerk

By _____
Bonnie J. Rowland
Deputy Clerk

:goodst.att

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Matthew John Matagrano,

                Plaintiff,

    -against-

Office of Mental Health, et al.,

               Defendant.
--------------------------------------------------------

07-CV-07702 (RWS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Catherine C. Kirk, attorney for Plaintiff Matthew John Matagrano, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Megan Kay Price
    LeBow & Associates, PLLC
    488 Madison Avenue, Suite 1100
    New York, New York 10022
    Phone Number: (212) 868-3311
    Fax Number: (212) 363-3123
    Email Address: jameslebowlaw@gmail.com

is admitted to practice pro hac vice as counsel for Plaintiff Matthew John Matagrano in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice feel to the Clerk of Court.

April __, 2008
New York, New York

                                                _____
                                                United States District Judge
                                                Honorable Robert W. Sweet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Matthew John Matagrano,

                Plaintiff,

-against-

Office of Mental Health, et al.,

                Defendant.
--------------------------------------------------------

07-CV-07702 (RWS)

**AFFIDAVIT OF SERVICE**

    I, Megan Kay Price, declare under penalty of perjury that I have served a copy of the attached Motion to Admit Counsel Pro Hac Vice upon Senta B. Siuda whose address is Office of the Attorney General, 615 Erie Boulevard West, Suite 102, Syracuse, New York 13204 by mail.

Dated: New York, New York
       April 17, 2008

_Megan Kay Price_
LeBow & Associates, PLLC
488 Madison Avenue, Suite 1100
New York, New York 10022
Phone Number: (212) 868-3311

Sworn to before me this 17th day of
April, 2008.

JACKSON MA
Notary Public - State of New York
No.01MA6164048
Qualified in King County
My Commission Expires April 09, 2011