UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Matragrano

-v.-

Mental health

------------------------------------------------------------X

07 Civ. 7702 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

Please be advised that the conference scheduled for May 28, 08 has been rescheduled to Sept 17, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5-28-08

_____
ROBERT W. SWEET
United States District Judge