UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Matagrano

-v.-

Miles, et al

------------------------------------------------------------

: 07 Civ. 7702 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/09

Please be advised that the conference scheduled for 4/8/09 has been rescheduled to 4/22/09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4/8/09

ROBERT W. SWEET
United States District Judge