UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Matagrano,

        -v.-

07 Civ. 7702 (RWS)

Miles
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09
```

Please be advised that the conference scheduled for Nov 4, 09 has been rescheduled to Nov 18, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
10/20/09

_____
ROBERT W. SWEET
United States District Judge